UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLE WHITE,

                Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C18-5701 RAJ

**ORDER TO SHOW CAUSE**

This matter is before the court on Plaintiff's complaint seeking review of the Commissioner's decision denying benefits. *See* Complaint, Dkt. 4. Plaintiff, proceeding *pro se*, filed an affidavit of service docketed October 3, 2018. Dkt. 7. Pursuant to Fed. R. Civ. P. 12(a)(2), the Commissioner was required to serve an answer to the complaint within 60 days after service. To date, the Commissioner has filed no answer.

The Commissioner is hereby ordered to file an answer or show cause on or before December 17, 2018, why this matter should not be remanded for failure to file an answer.

DATED this 10th day of December, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO SHOW CAUSE - 1