UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLE WHITE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. C18-5701 RAJ<br><br>**ORDER DIRECTING SERVICE** |

In response to the Court's order to show cause why an answer was not filed, Defendant averred service was not perfected but agreed to accept service electronically as detailed in General Orders 04-15 and 05-15. *See* Dkt. 10.

To avoid further delay, the Court hereby **DIRECTS** the Clerk to send a copy of the summonses and complaint by email to USAWAW.SSAClerk@usdoj.gov.

Defendant shall have 60 days from the date of the email to file an answer.

DATED this 21st day of December, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING SERVICE - 1